*Denied — no good cause is shown*
[signature] 7-9-2018

Eleazar D. Kim (SBN 297876)
ekim@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs DONALD BURROWS
and MEAGAN BURROWS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DONALD BURROWS and MEAGAN BURROWS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC; et al.<br><br>　　　　Defendants. | Case No.: 2:17-cv-6960-R-RAO<br><br>[~~PROPOSED~~] ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL AND EXTEND DISCOVERY CUTOFF<br><br>Pretrial Conference: July 23, 2018<br>Trial: August 21, 2018 |

---

] ORDER DENYING PLAINTIFFS'
EX PARTE APPLICATION TO CONTINUE TRIAL AND EXTEND DISCOVERY CUTOFF

The Court, Hon. Manuel L. Real, having considered the papers in support of and in opposition to Plaintiff's *Ex Parte Application to Continue Trial* ("Application") and good cause appearing, ORDERS AS FOLLOWS:

1. The current trial date of August 21, 2018 is vacated and continued to _____.

2. The current pretrial conference date of July 23, 2018 is vacated and continued to _____.

3. The current discovery cutoff date of July 8, 2018 is vacated and continued to _____.

SO ORDERED.

DATE: 7-9-2018

**DENIED**

_____
Hon. Manuel L. Real
United States District Court

---

1

ORDER DENYING PLAINTIFFS'
EX PARTE APPLICATION TO CONTINUE TRIAL AND EXTEND DISCOVERY CUTOFF