BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
E-mail: Brian.Takashashi@bowmanandbrooke.com
Richard L. Stuhlbarg (SBN: 180631)
E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
Corinne D. Orquiola (SBN: 226969)
E-mail: Corinne.Orquiola@bowmananbrooke.com
Amanda S. Depuy (SBN: 320496)
E-mail: Amy.Depuy@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:   310/ 768-3068
Fax No:  310/ 719-1019

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BURROWS AND MEAGAN BURROWS;<br><br>Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-6960- R – RAO<br><br>[Assigned to Hon. Manual L. Real]<br><br>**DEFENDANT BMW OF NORTH AMERICA, LLC'S RULE 26(a)(3) PRE-TRIAL DISCLOSURES**<br><br>[FED. R. CIV. P. 26]<br><br>Trial:          August 21, 2018 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant BMW of North America, LLC ("BMW NA") hereby submits its Pre-Trial Disclosures:

/ / /

/ / /

/ / /

## **PRE-TRIAL DISCLOSURES**

*A. The name and, if not previously disclosed, the address and telephone number of each witness witness- separately identifying those Defendant expects to present and those if may call if the need arises:*

    **(a)   Those witnesses expected to be present**

    1.   Donald Burrows, Plaintiff, address known to Plaintiff's counsel.

    2.   Meagan Burrows, Plaintiff, address known to Plaintiff's counsel.

    3.   Ronald Webber, Customer Service Specialist BMW NA, c/o Bowman and Brooke, LLP, 970 West 190th Street, Suite 700, Torrance, CA 90502.

    4.   Roger Brown, Defense Expert, c/o Bowman and Brooke, LLP, 970 West 190th Street, Suite 700, Torrance, CA 90502.

    5.   Dan Calef, Plaintiff's expert, address known to Plaintiff's counsel.

    **(b)   Those witnesses that will be called if the need arises.**

    1.   David Mejia, Service Advisor 1680, New Century BMW, 1129 W. Main Street, Alhambra, CA 918012020 Fulton Avenue, Sacramento, CA 95825. Subjects of information: Delivery Inspection of the Subject Vehicle.

    2.   Anthony Partible, Technician 7219, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

    3.   Jalal Sarovat, Technician 8069, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

    4.   Felino Lim Serrano, Service Advisor 7168, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

5.  Daniel Grammer, Service Advisor 7332, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

6.  Sergio Herrera, former Service Advisor 7124, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

7.  Marc A. Pizzuto, former Service Advisor 7127, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

8.  Jaime A. Caicedo, former Service Advisor 7104, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

9.  Esteban Leon, former Technician 7267, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

10. James Lin, former Technician 7454, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

11. Salvador Fuentes, former Technician 7247, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

12. Juan Piper, former Technician 7332, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

13. Juan Esquivel, former Technician 7298, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle.

14. Craig Ida, South Bay BMW, 18800 Hawthorne Blvd., Torrance, CA 80504. Subjects of information: Plaintiff's concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the Subject Vehicle

Any persons identified by any other party in their initial disclosures or in discovery. Subject of Information: As stated in the disclosures or discovery. Further, BMW NA reserves the right to supplement or amend this response if, and when, more information becomes available.

**B.** *Identification of each documents or other documents, including sumarieis other evidence, separately identifying those items Defendant those expects to offer and those it may offer it the need arises:*

(a) **Defendant Intends to offer:**

1. Overall photos of the Subject Vehicle.

2. Representative copy of the Owner's Manual applicable to the Subject Vehicle.

3. Representative copy of the Service and Warranty Information Booklet applicable to the Subject Vehicle.

4. Retail Installment Sale Contract dated May 2, 2011, and relevant non-confidential portions of New Century BMW Sales file.

5. Customer Care Specialist File, including Service History Recap applicable to the Subject Vehicle.

6.  Customer Relations file, including Warranty Vehicle Inquiry and Service Request Details, applicable to the Subject Vehicle

7.  Repair orders for Subject Vehicle currently in BMW NA's possession.

8.  PuMA TC Case No. 60722250. Location: Produced with Defendant's Initial Disclosure.

9.  Warranty Extension Service Information Bulletin Nos. SIB 01 05 15; 01 08 15; and 01 12 15.

10. California Department of Consumer Affairs Notice of Approval of BMW NA's Arbitration Certification Program.

11. Certificate of Certified Status for BMW of North America, LLC dated June 21, 2017. Location: Produced with this Initial Disclosure.

12. Service Request Detail.

13. Dan Calef Expert Report

14. Dan Calef Files and Documents

15. Deposition transcript of Roger Brown and Exhibits thereto

16  Email from Jodi Badagliacca to Donald Burrows dated "Apr 6 2560" [Donald Burrows Deposition Exh. 32]

17. Email from Jodi Badagliacca to Donald Burrows dated "Apr 6 2560" [Donald Burrows Deposition Exh. 32]

18. Email from Jodi Badagliacca to Donald Burrows dated "Apr 25 2560" [Donald Burrows Deposition Exh. 34]

19. Lemon Law Mailer from The Barry Law Firm

20. Lemon Law Mailer from Strategic Legal Practices [Donald Burrows Deposition Exh. 7]

21. Service Request Detail #201709402448 dated 4/4/17

22. CA LL Summary

23. How BBB Autoline Works

24. Plaintiffs' Handwritten List of Cars [Donald Burrows Deposition Exh. 9]

25. Vehicle Inspection Photographs dated 3/23/18

26. Plaintiffs' Handwritten List Service Orders [Donald Burrows Deposition Exh. 23]

27. Vehicle Inspection Photographs dated 6/19/18

28. Roger Brown Expert Report

29. Roger Brown - Inspection Notes

30. Roger Brown Burrows v. BMW Powerpoint Prepared in the Formulation of His Opinions

31. Porsche Cayenne Oil Specifications

32. Porsche Macan Specifications

33. Roger Brown- Mercedes Oil Consumption

34. Roger Brown Excel Plots

35. FUB Check Control Messages

36. FUB Oil Level Measurement

37. FUB Oil Level Sensor

38. F10 Powertrain Technical Training Guide

39. Roger Brown – Car Graphic

40. Oil Fill Capacity Guidelines

41. Fault Code Memory List

42. BMW Training Materials

43. Roger Brown – Oil Level Chart

44. Roger Brown – Oil Consumption Chart

///
///
///
///

45. Any documents produced by any other party in their initial disclosures or in discovery. Location: Plaintiff's counsel and Defendant's counsel.

DATED: July 23, 2018              BOWMAN AND BROOKE LLP

                           BY:  /s/ Corinne D. Orquiola
                                 Brian Takahashi
                                 Richard L. Stuhlbarg
                                 Corinne D. Orquiola
                                 Attorneys for Defendants
                                 BMW OF NORTH AMERICA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I filed the foregoing document entitled **DEFENDANT BMW OF NORTH AMERICA, LLC'S RULE 26(a)(3) PRE-TRIAL DISCLOSURES** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Corinne D. Orquiola
Corinne D. Orquiola