UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV-17-6960-R**                                    Date:  July 30, 2018

Title:      DONALD BURROWS, et al. -v.- BMW OF NORTH AMERICA, LLC., et al.
========================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

|              Christine Chung              |              Sheri Kleeger              |
|-------------------------------------------|------------------------------------------|
| Courtroom Deputy                          | Court Reporter                           |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT

      Eleazar D. Kim                                  Corinne D. Orquiola
                                                      Amanda S. Depuy
                                                      Richard L. Stuhlbarg

PROCEEDINGS:    Final Pretrial Conference

**Case called.   Appearances made.**

**The Court accepts the Final Pretrial Conference Order.**

**The Court ORDERS this matter referred to Magistrate Judge Oliver for a settlement conference.**

cc: counsel of record

0:02 min

MINUTES FORM 11                              Initials of Deputy Clerk ____cch____
CIVIL -- GEN