≠AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____California_____

Donald Burrows and Meagan Burrows
       Plaintiff (s),
   V.
BMW of North America, LLC, et al.
       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:17-cv-6960-R-RAO

Notice is hereby given that, subject to approval by the court, __BMW of North America, LLC__ substitutes
               (Party (s) Name)

__Molly Moriarty Lane, Esq.__ , State Bar No. __149206__ as counsel of record in
  (Name of New Attorney)

place of __Richard Stuhlbarg, Esq.__
      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Morgan, Lewis & Bockius, LLP |
| Address: | One Market, Spear Street Tower, San Francisco, CA 94105 |
| Telephone: | (415) 442-1000   Facsimile (415) 442-1001 |
| E-Mail (Optional): | molly.lane@morganlewis.com |

I consent to the above substitution.
Date:   10/31/18
           _/s/_
           BMW NA Corporate Counsel
           (Signature of Party (s))

I consent to being substituted.
Date:   11/1/18
           _/s/_
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   10/31/18
           _/s/ Molly M. Lane_
           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   November 5, 2018
           _/s/_
           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]