UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-17-6960-R                                                    Date: February 28, 2019

Title:          DONALD BURROWS, et al. V. BMW North America, LLC., et al.
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

      Christine Chung                                                         None Present
      Courtroom Deputy                                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                                             None

PROCEEDINGS:      (IN CHAMBERS) ORDER SETTING JURY TRIAL DATE

    COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for a Jury Trial on July 23, 2019 at 9:00 A.M.

    **IT IS SO ORDERED.**

MINUTES FORM 11                                                          Initials of Deputy Clerk ___cch____
CIVIL -- GEN