# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BURROWS and MEAGAN BURROWS,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 2:17-cv-6960-R-RAO<br><br>Hon. Manuel L. Real<br><br>(Removed from Los Angeles County Superior Court Case No. BC672047)<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR LEAVE TO AMEND PLAINTIFFS' DISCLOSURES UNDER RULE 26** |

After considering the papers submitted in support of and in opposition to Plaintiffs' *Ex Parte* Application for Protective Order for Leave to Amend Plaintiffs' Disclosures under Rule 26 ("Application"), and good cause appearing, IT IS ORDERED THAT Plaintiffs' Application be granted in its entirety. Plaintiffs are granted leave to amend the Rule 26 disclosures to include the newly acquired evidence.

IT IS SO ORDERED.

DATED: June 7, 2019

Hon. Manuel L. Real
United States District Judge