1  Michael H. Rosenstein (SBN 169091)
   mrosenstein@rose-lawoffice.com
2  **LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC**
   1800 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 286-0275
4

5  Christine Haw (SBN 289351)
   chaw@slpattorney.com
   Caitlin J. Scott (SBN 310619)
6  cscott@slpattorney.com
   **STRATEGIC LEGAL PRACTICES**
7  **A PROFESSIONAL CORPORATION**
   1840 Century Park East, Suite 430
8  Los Angeles, CA 90067
   Telephone: (310) 929-4900
9

10  Attorneys for Plaintiffs DON AND MEAGAN BURROWS

11  Molly Moriarty Lane (SBN 149206)
    molly.lane@morganlewis.com
    Raymond Collins (SBN 199071)
12  Raymond.collins@morganlewis.com
    **MORGAN, LEWIS, & BOCKIUS LLP**
13  One Market, Spear Street Tower
    San Francisco, CA 94105-1126
14  Telephone:  (415) 442-1000

15  Attorneys for Defendant BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DON BURROWS AND MEAGAN BURROWS,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | **CASE NO.:  2:17-cv-06960-R (RAOx)**<br><br>[Assigned to the Honorable Manuel L. Real]<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE TRIAL**<br><br>Trial:  July 23, 2019 |

The Court, having considered the Joint Stipulation to Continue Trial and the supporting Declarations of Plaintiff's counsel Caitlin J. Scott and good cause appearing, ORDERS AS FOLLOWS:

Pursuant to the agreement of the parties, trial in this matter is hereby continued to September 24, 2019 at 9:00 A.M.

IT IS SO ORDERED.

DATE: July 12, 2019

_____
Hon. R. Gary Klausner